**IN THE SUPREME COURT OF THE STATE OF DELAWARE**

| | | |
|---|---|---|
| RMP SELLER HOLDINGS, LLC, f/k/a NEW SAVE MART CORP., Respondent/Counterclaim-Petitioner Below, Appellant | § § § § § | No. 117, 2024 |
| v. | § § § | Court Below: Court of Chancery of the State of Delaware C.A. No. 2023-0957 |
| SM BUYER LLC and SM TOPCO LLC, Petitioners/Counterclaim-Respondents Below, Appellees | § § § § | |

Submitted: October 30, 2024
Decided:  November 8, 2024

Before **SEITZ**, Chief Justice; **TRAYNOR** and **LEGROW**, Justices.

## ORDER

This 8th day of November, 2024, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in the Order Granting Petitioners' Motion for Summary Judgment dated February 28, 2024, and the Final Order and Judgment dated March 17, 2024.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Abigail M. LeGrow*
Justice